# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

BRUCE GRAHAM

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 05-115M

J. SCOTT KREIN, ESQUIRE
Defendant's Attorney

**FILED**

JUL 0 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**THE DEFENDANT:**

Pleaded guilty to Count(s) 1 on 03/30/05.

Accordingly, the defendant is adjudged guilty of such count(s), involving the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Count(s) |
|---|---|---|---|
| 18 USC 1030(a)(2)(B) | Fraud and related activity in connection with computers | 08/18/04 | 1 |

As pronounced on 06/15/05, the defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this the _1st_ day of _July_, 2005.

_(signature)_

MAGISTRATE JUDGE JOHN M. FACCIOLA

Defendant's Soc. Sec. No.: XXX-XX-5858
Defendant's Date of Birth: XX-XX-49
Defendant's USM No.: 28045-016
Defendant's Residence and Mailing Address:

## PROBATION

The Defendant is hereby placed on probation for a term of 5 YEARS.

While on probation, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1.      If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervision that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervision.

### STANDARD CONDITIONS OF PROBATION

1.      You will not leave the judicial district without permission of the Court or probation officer.
2.      You will report to the probation officer and submit a truthful and complete written report within the first five days of each month.
3.      You will answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4.      You will support your dependents and meet other family responsibilities, to include complying with any court order or order of administrative process requiring the payment of child support.
5.      You will work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6.      You will notify the probation officer at least ten days prior to any change of residence or employment.
7.      You will not frequent places where controlled substances are illegally sold, or administered; you shall refrain from excessive use of alcohol and will not purchase, possess, use, distribute or administer any controlled substance or paraphernalia related to such substances, except as prescribed by a physician.
8.      You will not associate with any persons engaged in criminal activity, and will not associate with any person convicted of a crime unless granted permission to do so by the probation officer.
9.      You will permit a probation officer to visit at any time at your home, employment or elsewhere and will permit confiscation of any contraband observed in plain view by the probation officer.
10.     You will notify the probation officer within seventy-two hours of being arrested, questioned, or upon having any contact with a law enforcement officer.
11.     You will not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.
12.     As directed by the probation officer, you will notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and permit the probation officer to make such notifications and to confirm your compliance with such notification requirements.
13.     you will not possess a firearm, destructive device, or other dangerous weapon.

## ADDITIONAL CONDITIONS:

1.      Defendant placed on probation for 5 years.

2.      Defendant shall pay a special assessment fee of $25.00 due immediately.

3.      Defendant shall pay restitution in the amount of $5,722.88 in monthly installments of $250.00. The payee shall be determined by the United States Probation Office. Upon the completion of the payment of the restitution due, the defendant will pay a fine of $5,000.00 in monthly installments of $250.00 but the court reserves the right to eliminate this condition. The Court waives the payment of interest and penalties that may accrue on either the restitution or fine.

4.      Defendant shall within 30 days, notify the Clerk of the Court, for the U. S. District Court, District of Columbia, of any change of address (mailing or residence), until such time the financial obligation is paid in full.

5.      Defendant shall provide the United States Probation Office with defendant's income tax returns, authorization for release of credit information, any other business or financial information in which defendant has a control or interest.

6.      Defendant shall notify the United States Probation Office of any change of employment.

7.      The Court finds that the provision for submission of periodic drug tests, as required under 18 U.S.C.3563(a) and 3583(b) is suspended, as the defendant is believed to pose a low risk of future substance abuse.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties; payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine.

| ASSESSMENT | RESTITUTION | FINE |
| --- | --- | --- |
| $25.00 | $5,722.88 | $5,000.00 |

## ASSESSMENT

It is ordered that the defendant shall pay to the United States a special assessment of $25.00 for Count(s) 1, which shall be due immediately.

## RESTITUTION

The defendant shall make restitution in the total amount of $5,722.88. The interest for restitution is waived by the Court.

The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Payee Address | City, State, Zip | Amount |
|---|---|---|---|
| To Be Determined by The United States Probation Office | | | $ |

If a victim has received compensation from insurance or any other source with respect to a loss, restitution shall be paid to the person who provided or is obligated to provide the compensation, but all restitution of victims shall be paid to the victims before any restitution is paid to such a provider of compensation.

## FINE

The defendant shall pay a fine in the amount of $5,000.00, but The Court reserves the right to modify the obligation if restitution is paid in full.

If the fine or restitution is not paid, the Court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614. Pursuant to 18 U.S.C. §§ 3572(d)(3) and 3664(k), the defendant shall notify the Court and the Attorney General of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution. As set out in 18 U.S.C. § 3664(n), if the defendant receives substantial resources from any source, including inheritance, settlement, or other judgment, during the period of incarceration, the defendant shall apply the value of such resources to any restitution or fine still owed.

All criminal monetary penalty payments are to be made to the United States District Court Clerk, 333 Constitution Ave., N.W., Rm. 1825, Washington, D.C. 20001, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.